**Order entered January 24, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01325-CR

### RONNIE JOE WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-18-0309**

## ORDER

Before the Court is retained counsel Lara Bracamonte Davila's January 21, 2020 motion to appoint counsel. In the motion, Ms. Davila states that although appellant initially retained her to represent him at trial, he has been unable to pay his trial fees in full and is not able to afford retained counsel for his appeal. Ms. Davila asks for a finding of indigency and that she be appointed counsel for appellant's appeal.

We **GRANT** the motion to the extent we **ORDER** the trial court to conduct a hearing to determine whether appellant is indigent and entitled to court-appointed counsel in this appeal. If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeal. If the trial court finds that appellant is not entitled to court-appointed counsel, the trial court shall determine whether

appellant will retain other counsel to represent him in the appeal and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit a record of the hearing, including findings of fact, any orders, and any supporting documentation, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable David Rakow, Presiding Judge, 439th Judicial District Court; Lara Bracamonte Davila, and the Rockwall County District Attorney's Office.

We **ABATE** the appeal to allow the trial court to comply with the order. The appeal will be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE